IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 12-00268-15-CR-W-DGK |
| JOSE ALBERTO ARVIZU, ) | |
| Defendant. ) | |

**ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS**

Pending before the Court are Defendant's Motion to Suppress (Doc. 441), the Government's opposition (Doc. 466), Defendant's reply (Doc. 490), and United States Magistrate Judge John T. Maughmer's Report and Recommendation (Doc. 548). The Court has also reviewed the transcript from the suppression hearing (Doc. 518) and the admitted exhibits.

After carefully reviewing the Magistrate's report and conducting an independent review of the record and applicable law, *see* L.R. 74.1(a)(2), the Court ADOPTS the Report and Recommendation (Doc. 548) and DENIES Defendant's Motion to Suppress Evidence (Doc. 441).

**IT IS SO ORDERED.**

Date: July 14, 2015　　　　　　　　　　　　　/s/ Greg Kays
　　　　　　　　　　　　　　　　　　　　　　　GREG KAYS, CHIEF JUDGE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT